BALLON STOLL BADER & NADLER, P.C.

Vano Haroutunian (VH-1010)

Attorneys for Plaintiff

1450 Broadway - 14th Floor

New York, New York 10018

(212) 575-7900

RECEIVED

JUN 28 2007

U.S.D.C. S.D.N.Y.
CASHIERS

JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

BARCODE APPAREL, LLC,

Plaintiff,

- against -

PEAR CONNECTION INC., and
KENPO INC.

Defendant.

---------------------------------------------------------x

07 CIV 6111

Case No.

**COMPLAINT**

**JURY TRIAL DEMANDED**

Plaintiff, Barcode Apparel, Inc. ("Plaintiff" or "Barcode"), by its attorneys, Ballon Stoll Bader & Nadler, P.C., complaining of the defendants, alleges as follows:

**PRELIMINARY STATEMENT**

1.    This is an action against Pear Connection, Inc. ("Pear") and Kenpo Inc. ("Kenpo"), (collectively the "Defendants").

2.    Plaintiff has commenced this action seeking a judgment against the defendants in the sum of $286,398.80 with interest from September 22, 2006 on account of goods sold and delivered to the defendants. The defendants received and accepted goods for an agreed upon price of $328,389.20, no part of which has been paid except the sum of $41,990.40, leaving a balance past due and owing of $286,398.80 with interest on plaintiff's invoices beginning from September 22, 2006.

3.    As discussed below, upon information and belief and at all time relevant herein, Pear Connection was the alter-ego of Kenpo, the recipient and beneficiary of the sales.

## JURISDICTION AND PARTIES

4.    This Court has original jurisdiction over this action pursuant to 28 U.S.C.A. § 1332 since the matter in controversy exceeds the sum of $75,000 and at least one of the defendants is a resident of the State of California.

5.    Upon information and belief, defendant Kenpo is a clothing manufacturer based in Los Angeles, California with offices at 305 E. 8th Street, Los Angeles, California 90014.

6.    Venue is proper in this District pursuant to 28 U.S.C.A. § 1391(a).

7.    Upon information and belief, defendant Pear is a California corporation having a last known New York address at 1385 Broadway, Room 1510, New York, NY 10018. Pear conducts business in the City, County and State of New York. The acts and practices complained of herein took place, in substantial part, in the City, County and State of New York.

8.    Plaintiff is a limited liability company organized and existing under the laws of The State of New York, having its principal place of business at 1407 Broadway, Suite 305, New York, New York 10018, where it is engaged in the manufacturing, importing and wholesale distribution of apparel.

## FACTUAL ALLEGATIONS

### I.    Background

9.    On or about and between September 22, 2006 and October 17, 2006,

2

Barcode Apparel sold and delivered goods to defendant Pear, Inc.  Pear, Inc. received and accepted the sportswear garments for the agreed price and reasonable value of $328,389.20, no part of which has been paid except the sum of $41,990.40, leaving a balance past due and owing of $286,398.80 with interest on plaintiff's invoices beginning from September 22, 2006.

10.    Pear, and Kenpo as alter-ego are liable and indebted to Barcode Apparel for a balance of $286,398.80 past due and owing, with interest from September 22, 2006, for apparel goods sold and delivered to Pear Connection, against which there is no genuine defense either in fact or as a matter of law.

11.    The items of plaintiff's claim are set forth and numbered as follows:

| Item No. | Invoice Number | Invoice Date | Agreed Price and Reasonable Value |
|---|---|---|---|
| 1 | 200182 | Sept. 22, 2006 | $16,200.00 |
| 2 | 200184 | Sept. 22, 2006 | $25,790.00 |
| 3 | 200185 | Sept. 22, 2006 | $57,283.20 |
| 4 | 200206 | Sept. 27, 2006 | $13,867.20 |
| 5 | 200207 | Sept. 27, 2006 | $25,500.00 |
| 6 | 200232 | Oct. 06, 2006 | $45,748.80 |
| 7 | 200278 | Oct. 17, 2006 | $144,000.00 |

Total of plaintiff's invoice for goods sold and delivered:    $328,389.20

Payment on account by defendant - check 55906 - 12/6/06:  ($ 41,990.40)

Balance past due and owing to plaintiff by Pear Connection:  $286,398.80

12.    After defendants received all of the garments it had ordered from Barcode Apparel, it began a series of ploys and maneuvers to delay paying for the goods as it

had agreed to do, and to outright evade its payment obligations.

13.     A review of Barcode Apparel's invoices to defendants, annexed hereto as **Exhibit A**, shows that payments totaling $99,273.20, for plaintiff's first three invoices dated September 22, 2007 on sixty-day terms, were due on November 19, 2006. Defendants did not make those payments when they were due.  Instead, defendants sent a check, over two weeks late, in the sum of $41,990.40, less than half of the total due.  A copy of the check is attached as **Exhibit B**.

14.     Moreover, defendants' late check in **Exhibit B** is actually the *only* payment defendants have ever made on account of these goods totaling $328,389.20.

15.     The schedule of sales in Paragraph 11 above and the actual invoices in **Exhibit A** show that further payment of $39,367.20  for our next two invoices dated September 27, 2007 on sixty-day terms, was due on November 26, 2006, and defendant failed to make that payment.  Another payment of $45,748.80 was due on December 5, 2006 and a final payment of $144,000 was due on December 16, 2006. Defendants failed to make either of those payments.

16.     Thus, by December 16, 2006, the entire balance of $286,398.80 was past due and owing to Barcode Apparel by the defendants.

17.     Plaintiff contacted the defendants, both in their showroom in Manhattan and in their offices in Los Angeles.

18.     Needless to say that no payment was ever made and this pattern of excuses and broken promises continued through the New Year and for several weeks afterward.

19.     Around mid-January, 2007, however, defendant Pear abruptly changed its

position and began demanding that Barcode accept very large returns of the goods defendants had received and accepted months before. The time for defendants to inspect and reject goods had long since passed, but Pear was not even bothering to justify its unreasonable demands, beyond telling plaintiff that they had no choice but to take the goods back because it was unable or unwilling to make payment under any circumstances.

20.    In the face of defendants' extortionate position, plaintiff saw no practical choice but for Barcode to agree to take back certain specified goods from defendants and agreed to do so, on two conditions. First, Barcode would accept returns if all of certain specified garments were returned in good and cogent order (i.e., neatly, and in the color-coordinated sets of tops and bottoms, so that plaintiff could try to re-sell them in matching sets as they were made to be sold). The second condition for allowing returns of goods was that defendants would then, finally, pay Barcode for the unreturned balance of the goods.

21.    However, defendants did not live up to either of their promises which they had made to induce Barcode to accept the returns. First, the returns were made in terrible order, with totally un-matched garments in dirty and wrinkled condition stuffed into cartons without any scruple. Second, the promised payment for the un-returned balance was never made. Defendants continued their excuses and delays. See, for example, the email sent to Sadi Nigri, president of Barcode by "Jenny" of Kenpo dated March 8, 2007, annexed hereto as **Exhibit C**.

22.    As of today and after lengthy delays plaintiff has not been paid yet on its invoices.

23.    Plaintiff respectfully submits that the balance owed to it has no been extended or excused and that plaintiff has the right for payment that has been ignored, delayed and dishonored by defendants.

## II.    Alter-Ego

24.    Upon information and belief, Pear Connection and Kenpo were under the common ownership and control of Ken Singh a/k/a Karnail Singh ("Singh"), during the time Barcode was doing business with Pear.  Annexed hereto as **Exhibit D** are the corporate records and business registrations of Pear and Kenpo showing that Singh is the registered agent of both companies and is also the Principal of Pear.

25.    Karnail Singh is also known as Ken Singh as evidenced by the search of public records obtained from Westlaw annexed hereto as **Exhibit E**.

26.    Furthermore, a series of e-mails annexed hereto as **Exhibit F** between the president of Barcode, Sadi Nigri and Jenny at Kenpo, confirm that Kenpo was in full control of the shipments made by Barcode pursuant to Pear's purchase orders.  Indeed, Kenpo through its officers was negotiating the return of the merchandise, receipt of invoices as well as the payment of the balance owed Barcode by the president of Kenpo, Ken Singh.  The e-mails demonstrate the involvement of the president of Kenpo to authorize the settlement and to sign the checks regarding the balance owed to Barcode.

27.    Upon information and belief, Pear Connection and Kenpo share the same employees as evidenced by the email received by the president of Barcode from Jenny, the General Merchandise Buyer at Kenpo.  Moreover, Singh is the Principal of Pear and the President, Chairman of the Board of Kenpo.  Annexed as **Exhibit E** are copies of

6

business cards plaintiff received by fax or email from individuals at Kenpo.

28.    Kenpo's business address as it appears on the Kenpo's officers' business cards is 305 8th Street, Los Angeles, California 90014.

29.    Upon information and belief, at all relevant time herein, Pear and Kenpo shared the same business address of 305 8th Street, Los Angeles, California 90014 as evidenced by the address listed on Pear's check annexed hereto as **Exhibit B**, as well as the address that appears on all the invoices sent and retained by Pear and that are annexed hereto as **Exhibit A.**

30.    Furthermore, the address that Pear uses on its purchase order forms is the same as the one Kenpo uses which is 305 8th Street, Los Angeles, California 90014. See forms annexed hereto as **Exhibit G.**

31.    Upon information and belief, at all relevant times, the assets of Pear and Kenpo were commingled in a Center Bank account in Los Angeles, from which Pear's sole check was issued.

32.    At all relevant times herein, Pear was the alter-ego of Kenpo.


## FIRST CAUSE OF ACTION
### (Judgment against the defendant Pear Connection)

33.    Plaintiff repeats and re-alleges the allegations set forth above.

34.    Upon the specific request of Pear, plaintiff sold and delivered goods to the defendants that defendants received and accepted and upon which there is still an amount due and owing in the sum of $286,398.80 with interest on plaintiff's invoices beginning from September 22, 2006.

35.   Accordingly, plaintiff should be awarded a judgment against defendant Pear in the amount of $286,398.80 with interest from September 22, 2006.

## SECOND CAUSE OF ACTION
### (Judgment against the defendant Kenpo)

36.   Plaintiff repeats and re-alleges the allegations set forth above.

37.   As alter-ego and negotiator of a settlement amount to be paid to plaintiff after the sale took place, Kenpo is jointly and severally liable for the unpaid balance owed to plaintiff.

38.   Accordingly, plaintiff should be awarded a judgment against defendant Kenpo in the amount of $286,398.80 with interest from September 22, 2006.

WHEREFORE, Barcode Apparel demands judgment jointly and severally against defendants Pear Connection, Inc. and Kenpo, Inc. in the sum of $286,398.80 with interest on each invoice beginning from September 22, 2006, together with the costs and disbursements of this action, with such other relief as this Court may deem just.

Dated:   June 27, 2007
        New York, New York

BALLON STOLL BADER & NADLER, P.C.

By_____
        Vano Haroutunian (VH-1010)
Attorneys for Plaintiff
1450 Broadway - 14th Floor
New York, New York  10018
(212) 575-7900

8

# EXHIBIT A

BARCODE APPAREL
1407 BROADWAY
SUITE #305
NEW YORK, NY 10018
Duns:

INVOICE ASSIGNED TO OMNI COMM.
PAYABLE IN U.S. DOLLARS TO:
THE CIT GROUP
P.O. BOX 1036
CHARLOTTE, NC 28201
 Approval#: 00

Returns: 17 EMPIRE BLVD.
         SOUTH HACKENSACK, NJ 07606

PEAR CONNECTION INC.
305 E 8TH. STREET
LOS ANGELES CA 90014

PEAR CONNECTION INC
2552 E OLYMPIC BLVD
LOS ANGELES CA 90023

EAGLE SYSTEMS          199 7770

                                              NET 60

PEA-1      1     Inv
                 #
                 200182    09/22/06
                                              05380          005092/2

                 B/L# 09774440000011483

| B2001-4 | Sizes--> | 4 5/6 7 | | | |
| ASSORT | B 296 888 592 | | | | |
| B2001-8 | Sizes--> | 80/124/16 18 | 1,776 | 5.40 | 9590.40 |
| ASSORT | B 50010001000 500 | | 3,000 | 5.40 | 16200.00 |

This invoice has been sold or assigned to OMNI COMMERCIAL, LLC
and is PAYABLE in U.S. funds at par only to:
THE CIT GROUP/COMMERCIAL SERVICES, INC.
P.O. Box 1036, Charlotte, North Carolina 28201-1036
To whom the account has been reassigned solely for collection and to
whom prompt notice must be given for any returns, claims or disputes of
any kind

00 200182      1     P.O
                     #
                     05380          TOT PCS: 4776          25,790.40

BARCODE APPAREL
1407 BROADWAY
SUITE #305
NEW YORK, NY 10018
Duns:

Returns: 17 EMPIRE BLVD.
         SOUTH HACKENSACK, NJ 07606

PEAR CONNECTION INC.
305 E 8TH. STREET
LOS ANGELES CA 90014

INVOICE ASSIGNED TO OMNI COMM.
PAYABLE IN U.S. DOLLARS TO:
THE CIT GROUP
P.O. BOX 1036
CHARLOTTE, NC 28201
   Approval#: 00

PEAR CONNECTION INC
2552 E OLYMPIC BLVD
LOS ANGELES CA 90023

125 5250

| | | Inv # | | | NET 60 | | |
|---|---|---|---|---|---|---|---|
| PEA-1 | 1 | 200184 | 09/22/06 | | | 05380 | 005092/5 |

B/L# 09774440000011483

| B2009-8 | Sizes--> ASSORT | 80/124/16  18 B 50010001000  500 | | 3,000 | 5.40 | 16200.0O |
|---|---|---|---|---|---|---|

This invoice has been sold or assigned to OMNI COMMERCIAL, LLC
and is PAYABLE in U.S. funds at par only to:
  THE CIT GROUP/COMMERCIAL SERVICES, INC.
  P.O. Box 1036, Charlotte, North Carolina 28201-1036
To whom the account has been reassigned solely for collection and to
whom prompt notice must be given for any returns, claims or disputes of
any kind

P.O #
00 200184        1    05380              TOT PCS: 3000        16,200.00

1407 BROADWAY
SUITE #305
NEW YORK, NY 10018
Duns:

Returns: 17 EMPIRE BLVD.
        SOUTH HACKENSACK, NJ 07606

PEAR CONNECTION INC.
305 E 8TH. STREET
LOS ANGELES CA 90014

INVOICE ASSIGNED TO OMNI COMM.
PAYABLE IN U.S. DOLLARS TO:
THE CIT GROUP
P.O. BOX 1036
CHARLOTTE, NC 28201
  Approval#: ·00

PEAR CONNECTION INC
2552 E OLYMPIC BLVD
LOS ANGELES CA 90023

44217064

| | | Inv # | | | NET 60 | | |
|---|---|---|---|---|---|---|---|
| PEA-1 | 1 | 200185 | 09/22/06 | | | 05380 | 005092/4 |

B/L# 097744400009262006

| | Sizes--> | 80/124/16 | 18 | | | | |
|---|---|---|---|---|---|---|---|
| B2027-8 | ASSORT | B 296 592 592 296 | | | | | |
| B2006-8 | ASSORT | B 472 944 944 472 | | 1,776 | 5.40 | 9590.40 |
| B2017-4 | Sizes--> | 4 5/6 7 | | 2,832 | 5.40 | 15292.80 |
| | ASSORT | B 50015001000 | | | | |
| B2017-8 | Sizes--> | 80/124/16 | 18 | 3,000 | 5.40 | 16200.00 |
| | Assort | B 50010001000 500 | | | | |
| | | | | 3,000 | 5.40 | 16200.00 |

This invoice has been sold or assigned to OMNI COMMERCIAL, LLC
and is PAYABLE in U.S. funds at par only to:
THE CIT GROUP/COMMERCIAL SERVICES, INC.
P.O. Box 1036, Charlotte, North Carolina 28201-1036
To whom the account has been reassigned solely for collection and to
whom prompt notice must be given for any returns, claims or disputes of
any kind.

| | | P.O # | | |
|---|---|---|---|---|
| 00 200185 | 1 | 05380 | | |

TOT PCS: 10608

57,283.20

BARCODE APPAREL
1407 BROADWAY
SUITE #305
NEW YORK, NY 10018
Duns:

INVOICE ASSIGNED TO OMNI COMM.
PAYABLE IN U.S. DOLLARS TO:
THE CIT GROUP
P O. BOX 1036
CHARLOTTE, NC 28201
     Approval#: 00

Returns: 17 EMPIRE BLVD.
         SOUTH HACKENSACK, NJ 07606

PEAR CONNECTION INC.
305 E 8TH. STREET
LOS ANGELES CA 90014

SHIP TO

PEAR CONNECTION INC
2552 E OLYMPIC BLVD
LOS ANGELES CA 90023

| NO RETURNS ACCEPTED WITHOUT PROPER AUTHORIZATION. AUTHORIZATION LABEL MUST BE AFFIXED ON ALL RETURNS. GOODS RECEIVING AND AUTHORIZED RETURNS TO FACTORY 17 EMPIRE BLVD. SOUTH HACKENSACK NJ 07606 | No returns accepted or claims allowed after 5 days from date of receipt of shipment. Our Receiving Department will accept no returns unless we receive communication in advance. GOODS DELIVERED TO TRANSIT COMPANIES ARE AT THE RISK OF THE PURCHASER. | NO DISCOUNT ON SHIPPING CHARGES. Continuing guaranty under the Textile Fiber Products Identification Act, the Wool Products Labeling Act of 1939, and the Flammable Fabrics Act filed with the Consumer Product Safety Commission. | SHIP VIA EAGLE SYSTEMS | | CTNS. 107 | WEIGHT 1832 | PP/UPS | SLSMN |
|---|---|---|---|---|---|---|---|---|
| | | | SPECIAL INSTRUCTIONS | TERMS: F.O.B. WAREHOUSE NET 60 | PICKED | | PACKED | |

| ACCOUNT NO. | STORE | INVOICE NO. | INVOICE DATE | ORDER COMPLETED | BALANCE TO FOLLOW | CUSTOMER ORDER NO. | DEPT. NO. | VOLAR NO. |
|---|---|---|---|---|---|---|---|---|
| PEA-1 | 1 | 200206 | 09/27/06 | | | 05380 | | 005092/6 |

| STYLE | COLOR | A/B CODE | B/L# 09774440000:11537 | | | | | | | | QUAN. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2027-4 | Sizes--> ASSORT | B | 4 448 | 5/6 448 | 7 448 | | | | | | 1,344 | 5.40 | 7257.60 |
| 2027-8 | Sizes--> ASSORT | B | 80 204 | 124/16 408 | 408 | 18 204 | | | | | 1,224 | 5.40 | 6609.60 |

| | INVOICE NO. | STORE NO. | CUSTOMER ORDER NO. | DEPT. NO. | | TOTAL |
|---|---|---|---|---|---|---|
| 00 | 200206 | 1 | 05380 | | TOT PCS: 2568 | 13,867.20 |

BARCODE APPAREL
1407 BROADWAY
SUITE #305
NEW YORK, NY 10018
Duns:

Returns: 17 EMPIRE BLVD.
         SOUTH HACKENSACK, NJ 07606

INVOICE ASSIGNED TO OMNI COMM.
PAYABLE IN U.S. DOLLARS TO:
THE CIT GROUP
P.O. BOX 1036
CHARLOTTE, NC 28201
    Approval#: 00

**S O L D  T O**
PEAR CONNECTION INC.
305 E 8TH. STREET
LOS ANGELES CA 90014

**S H I P  T O**
PEAR CONNECTION INC
2352 E OLYMPIC BLVD
LOS ANGELES CA 90023

| NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION. AUTHORIZATION LABEL MUST BE AFFIXED TO ALL RETURNS | No returns accepted or owing allowed after 5 days from date of receipt of shipment. Our Receiving Department will accept no returns unless we receive communication in advance | NO DISCOUNT ON SHIPPING CHARGES. Continuing guaranty under the Textile Fibre Products Identification Act, the Wool Products Labeling Act of 1939, and the Flammable Fabrics Act filed with the Consumer Product Safety Commission. | SHIP VIA | | CTNS. | WEIGHT | PP/UPS IS SMN |
|---|---|---|---|---|---|---|---|
| | | | EAGLE SYSTEMS | | 425 | 10200 | |
| BEFORE RECEIVING AND AFTER RECEIVE RETURNS TO AUTHOR: 17 EMPIRE BLVD SOUTH HACKENSACK N. 07606 | GOODS DELIVERED TO TRANSIT COMPANIES ARE AT THE RISK OF THE PURCHASER. | | SPECIAL INSTRUCTIONS | TERMS: F.O.B. WAREHOUSE | PICKED | PACKED | |
| | | | - - | NET 60 | | | |

| ACCOUNT NO. | STORE | INVOICE NO. | INVOICE DATE | ORDER COMPLETED | BALANCE TO FOLLOW | CUSTOMER ORDER NO. | DEPT. NO. | VOLAR NO |
|---|---|---|---|---|---|---|---|---|
| PEA-1 | 1 | 200207 | 09/27/06 | | | 05381 | | 005078/1 |

| STYLE | COLOR | A/B C D E | B/L# 09774440000011537 | | | | | | | | QUAN. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sizes--> | S | M | L | XL | 2X | 3X | | | | |
| n6448 | H/GREY | M | | 668 | 1336 | 1336 | 668 | | | | 4,008 | 2.50 | 10020.00 |
| n6448 | BLACK | M | | 936 | 1872 | 1872 | 936 | | | | 5,616 | 2.50 | 14040.00 |
| r6448 | NAVY | M | | 96 | 192 | 192 | 96 | | | | 576 | 2.50 | 1440.00 |

| INVOICE NO. | STORE NO. | CUSTOMER ORDER NO. | DEPT. NO. | | | TOTAL |
|---|---|---|---|---|---|---|
| 00 200207 | 1 | 05381 | | TOT PCS: 10200 | | 25,500.00 |

NP

BARCODE.APPAREL
1407 BROADWAY
SUITE #305
NEW YORK, NY 10018
Duns :

Returns: 17 EMPIRE BLVD.
          SOUTH HACKENSACK, NJ 07606

PEAR CONNECTION INC.
305 E 8TH. STREET
LOS ANGELES CA 90014

INVOICE ASSIGNED TO OMNI COMM.
PAYABLE IN U.S. DOLLARS TO:
THE CIT GROUP
P.O. BOX 1036
CHARLOTTE, NC 28201
   Approval#: 00

PEAR CONNECTION INC
2552 E OLYMPIC BLVD
LOS ANGELES CA 90023

EAGLE TRUCKING        35310590

                      NET 60

PEA-1     1    200232    10/06/06              05380        005092.11

                 B/L# 09774440000100606

|  | Sizes--> | PPK | | | | | |
|---|---|---|---|---|---|---|---|
| B90706 | Assort | P4152 | | | | 4,152 | 5.40 | 22428 80 |
|  | Sizes--> | 4 5/6   7 | | | | | |
| B2006-4 | ASSORT | B 832 832 832 | | | 2,496 | 5.40 | 13476 40 |
| B2001-4 | ASSORT | B 904 312 608 | | | 1,824 | 5.40 | 9849 60 |

00 200232      1   05380           TOT PCS: 8472        45,748.80

BARCODE APPAREL
1407 BROADWAY
SUITE #305
NEW YORK, NY 10018
Duns:

Returns: 17 EMPIRE BLVD.
         SOUTH HACKENSACK, NJ 07606

PEAR CONNECTION INC.
305 E 8TH. STREET
LOS ANGELES CA 90014

INVOICE ASSIGNED TO OMNI COMM.
PAYABLE IN U.S. DOLLARS TO:
THE CIT GROUP
P.O. BOX 1036
CHARLOTTE, NC 28201
  Approval#: 00

PEAR CONNECTION INC
2552 E OLYMPIC BLVD
LOS ANGELES CA 90023

house                          75022500

                    -    -    NET 60

PEA-1      1    200278    10/17/06              05384        005091/2

                         B/L#

| | | Sizes--> | 4/5 | 6/7 | 80/124/16 | 18 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B0013 | BLACK | K 375 | 750 | 1125 | 1125 750 | 375 | | | |
| B0013 | NAVY | K 375 | 750 | 1125 | 1125 750 | 375 | | 4,500 | 4.00 18000.00 |
| B0013 | KHAKI | K 375 | 750 | 1125 | 1125 750 | 375 | | 4,500 | 4.00 18000.00 |
| B0013 | STONE | K 375 | 750 | 1125 | 1125 750 | 375 | | 4,500 | 4.00 18000.00 |
| | | Sizes--> | 4/5 | 6/78/102/146/18 | | 20 | | 4,500 | 4.00 18000.00 |
| B00133 | BLACK | K 375 | 750 | 1125 | 1125 750 | 375 | | | |
| B00133 | NAVY | K 375 | 750 | 1125 | 1125 750 | 375 | | 4,500 | 4.00 18000.00 |
| B00133 | KHAKI | K 375 | 750 | 1125 | 1125 750 | 375 | | 4,500 | 4.00 18000.00 |
| B00133 | stone | K 375 | 750 | 1125 | 1125 750 | 375 | | 4,500 | 4.00 18000.00 |
| | | | | | | | | 4,500 | 4.00 18000.00 |

00 200278      1  05384          TOT PCS: 36000          144,000.00

                                                        NO

                                                    PROBien.

# EXHIBIT B

PEAR CONNECTION INC
305 E. 8TH STREET
LOS ANGELES, CA 90014
(213) 622-7303

CENTER BANK
LOS ANGELES, CA 90006
16-4123-1220

12/6/2006

PAY TO THE
ORDER OF ___ THE CIT GROUP/COMMERCIAL SERVICES, INC. _____ $ **41,990.40

— Forty-One Thousand Nine Hundred Ninety and 40/100•••••••••••••••••••••••••••••••••••••••••••••••••••••••••• DOLLARS

BARCODE APPAREL, LLC
1407 Broadway, Suite 3409
New York, NY 10018

VOID AFTER 90 DAYS

MEMO

⑈055906⑈ ⑆122041235⑆ 001 377086⑈

---

PEAR CONNECTION INC.

THE CIT GROUP/COMMERCIAL SERVICES, INC.                                                      559 06

| Date | Type | Reference | Original Amt. | Balance Due | 12/6/2006 Discount | Payment |
|------|------|-----------|---------------|-------------|--------------------|---------|
| 9/22/2006 | Bill | 200184 | 16,200.00 | 16,200.00 | | 16,200.00 |
| 9/22/2006 | Bill | 200182 | 25,790.40 | 25,790.40 | | 25,790.40 |
| | | | | | Check Amount | 41,990.40 |

Center Bank

41,990.40

# EXHIBIT C

From: jenny@kenpofashion.com
To: Barcodeus@aol.com
Sent: Thu, 8 Mar 2007 11:30 AM
Subject: Re: picking up a check this afternoon

Everything has to be done through Ken, I have to show him that I have all paper work through you and warehouse.
I have not received new invoices or return authorization. You are making it more harder for me to get theese checks released when he returns.(3rd REQUEST)Please fallow instruction or this will take longer.) ADDed to the return of the twill is 168pcs and 52pcs boys 2pc sets.

---- Original Message -----
From: Barcodeus@aol.com
To: jenny@kenpofashion.com
Sent: Thursday, March 08, 2007 10:11 AM
Subject: Re: picking up a check this afternoon

In a message dated 3/8/2007 12:46:23 P.M. Eastern Standard Time, jenny@kenpofashion.com writes:

URGENT!!!!!!!!

Sadi,

Yes, I have received your e-mail and there is no information but KEN is not here to sing any checks.

DO NOT SEND ANY ONE BECAUSE NOTHING HAS GOTTEN READY AND STOP CALLING ARIEL BECAUSE KEN WILL INFORM HIM WHEN TO MAKE CHECK READY.

I DON'T WANT TO BE RUDE BUT I HAVE EXPLAINED TIME AND TIME AGAIN WE CAN NOT GIVE ARIEL OR ANYBODY IN THE ACCOUNTING DEPARTMENT INSTRUCTIONS TO MAKE ANY CHECKS READY.

JENNY

when is ken back in office and did you ok the amounts to be paid by ken ?

Regards,


4/9/2007

Sadi Nigri
Barcode Apparel
1407 Broadway, Suite 305
New York, NY 10018
Tel: 212-997-7444 Fax: 212-997-7441
E-mail: barcodeus@aol.com
E-mail: sadi@barcodeapparel.com

AOL now offers free email to everyone. Find out more about what's free from AOL at AOL.com.

# EXHIBIT D

## CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 06/13/2007 |
| Database Last Updated: | 06-19-2007 |
| Update Frequency: | WEEKLY |
| Current Date: | 06/26/2007 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

### COMPANY INFORMATION

Name: **PEAR CONNECTION, INC.**

Address: 819 SANTEE STREET
STE 901
LOS ANGELES, CA 90014

### FILING INFORMATION

| | |
|---|---|
| Identification Number: | C2150813 |
| Filing Date: | 11/18/1999 |
| State of Incorporation: | CALIFORNIA |
| Status: | ACTIVE |
| Corporation Type: | PROFIT |
| Business Type: | CORPORATION |

Where Filed: SECRETARY OF STATE/CORPORATIONS DIVISION
1500-11TH STREET
SACRAMENTO, CA 95814

### REGISTERED AGENT INFORMATION

Name: KARNAIL SINGH

Address: 819 SANTEE STREET
LOS ANGELES, CA 90014

### PRINCIPAL INFORMATION

Name:                    KARNAIL SINGH

Address:                 819 SANTE STREET
                         STE 901
                         LOS ANGELES, CA 90014

## AMENDMENT INFORMATION

Amendments:              08/19/2005 FRANCHISE TAX BOARD REVIVER
                         08/01/2005 FRANCHISE TAX BOARD SUSPENSION
                         06/09/2005 SECRETARY OF STATE REVIVER
                         12/16/2004 SECRETARY OF STATE SUSPENSION

## TAX INFORMATION

Franchise Tax Details:

    Status:              GOOD STANDING

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS
NOT THE OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE
OFFICIAL SOURCE.

END OF DOCUMENT

## CORPORATE RECORDS & BUSINESS REGISTRATIONS

Database Last Updated:    06-19-2007
Update Frequency:    WEEKLY
Current Date:    06/26/2007
Source:    AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

### COMPANY INFORMATION

Name:    **KENPO INC.**
Address:    C1313 S LOS ANGELES ST
LOS ANGELES, CA 90015

### FILING INFORMATION

Identification Number:    C2512206
Filing Date:    04/03/2003
State of Incorporation:    CALIFORNIA
Status:    ACTIVE
Corporation Type:    PROFIT
Business Type:    CORPORATION

Where Filed:    SECRETARY OF STATE/CORPORATIONS DIVISION
1500-11TH STREET
SACRAMENTO, CA 95814

### REGISTERED AGENT INFORMATION

Name:    KARNAIL SINGH
Address:    C1313 S LOS ANGELES ST
LOS ANGELES, CA 90015

### PRINCIPAL INFORMATION

Name:                    KIRAN CHARKHARY SINGH
Address:                 C1313 S LOS ANGELES ST
                         LOS ANGELES, CA 90015


### TAX INFORMATION

Franchise Tax Details:
    Status:                 GOOD STANDING


Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS
NOT THE OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE
OFFICIAL SOURCE.

END OF DOCUMENT

# EXHIBIT E

**PEOPLE FINDER HISTORIC TRACKER RECORD**

| | |
|---|---|
| **Information Current Through:** | 05-31-2007 |
| **Database Last Updated:** | 06-08-2007 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 06/26/2007 |
| **Source:** | TRANS UNION |

### INDIVIDUAL INFORMATION

| | |
|---|---|
| **Name:** | KARNAIL SINGH **KEN** |
| **Also Known As:** | **SINGH**, KARNAIL<br>KEN, KARNAIL |
| **On File Since:** | 08/01/2000 |

### CURRENT ADDRESS INFORMATION

| | |
|---|---|
| **Current Address:** | 1309 S LOS ANGELES ST<br>LOS ANGELES, **CA** 90015-2516 |
| **Address Last Reported:** | 07/08/2004 |

### PREVIOUS OR ADDITIONAL ADDRESS INFORMATION

| | |
|---|---|
| **Previous Address:** | 803 JAVA AV 3<br>INGLEWOOD, **CA** 90301-0918 |
| **Address Last Reported:** | 07/01/2000 |
| **Previous Address:** | 25260 JASMINE LN<br>STEVENSON RANCH, **CA** 91381-2267 |

**Address Last Reported:** 08/18/2004

**Previous Address:** 305 E 8TH ST
LOS ANGELES, CA 90014-2201
**Address Last Reported:** 07/08/2004

END OF DOCUMENT

# EXHIBIT F

## Sadi Nigri

**From:** Jenny [jenny@kenpofashion.com]
**Sent:** Wednesday, February 07, 2007 7:38 PM
**To:** barcodeus@aol.com; Denisse Guzman; Sadi Nigri
**Subject:** Fw: NEED PAYMENT

—— Original Message ——
**From:** Barcodeus@aol.com
**To:** ken@kenpoinc.com
**Cc:** cfo@kenpofashion.com ; jenny@kenpofashion.com ; albertnigri@yahoo.com ;
joepepe@omnicommercial.com
**Sent:** Monday, January 08, 2007 3:53 AM
**Subject:** NEED PAYMENT

hi ken
good morning
as per our conversation last week you told me that I will have the bal. of the fleece sets ready to pick up
from one location by 1/15/07 .
also you told me you sold 30 % of the full amount that you received on the boys fleece sets that will be
about 12000 pic in total you sold ,also you told me you wanted $2.00 off a unit to make total of
$24000.00 discount .
to make up for the charges was cussed to you're co. on this mater so you can pay the balance of all
invoices . please conform this email so I can send you the discount and please tell me if the balance of
the checks ready to pick up today . also if the boys fleece sets ready for a pick up awaiting for you're
reply thanks

*regards SADI NIGRI*
**BARCODE APPAREL**
**1407 BROADWAY SUITE # 305**
**NYC 10018 TEL = 212-997-7444**
fax-212-997-7441
EMAIL=barcodeus@aol.com

2/13/2007

# Vano Haroutunian

**From:** barcodeus@aol.com
**Sent:** Thursday, April 05, 2007 4:13 PM
**To:** Vano Haroutunian
**Subject:** Fwd: NEED PAYMENT

-----Original Message-----
From: sadi@barcodeapparel.com
To: barcodeus@aol.com
Sent: Tue, 13 Feb 2007 9:20 AM
Subject: FW: NEED PAYMENT

**From:** Jenny [mailto:jenny@kenpofashion.com]
**Sent:** Wednesday, February 07, 2007 7:38 PM
**To:** barcodeus@aol.com; Denisse Guzman; Sadi Nigri
**Subject:** Fw: NEED PAYMENT

----- Original Message -----
**From:** Barcodeus@aol.com
**To:** ken@kenpoinc.com
**Cc:** cfo@kenpofashion.com ; jenny@kenpofashion.com ; albertnigri@yahoo.com ;
joepepe@omnicommercial.com
**Sent:** Monday, January 08, 2007 3:53 AM
**Subject:** NEED PAYMENT

hi ken
good morning
as per our conversation last week you told me that I will have the bal. of the fleece sets ready to pick up
from one location by 1/15/07 .
also you told me you sold 30 % of the full amount that you received on the boys fleece sets that will be
about 12000 pic in total you sold ,also you told me you wanted $2.00 off a unit to make total of $24000.00
discount ,
to make up for the charges was cussed to you're co. on this mater so you can pay the balance of all
invoices . please conform this email so I can send you the discount and please tell me if the balance of
the checks ready to pick up today . also if the boys fleece sets ready for a pick up awaiting for you're
reply thanks

*regards SADI NIGRI*
*BARCODE APPAREL*
**1407 BROADWAY SUITE # 305**
**NYC 10018 TEL = 212-997-7444**
**fax-212-997-7441**
EMAIL=barcodeus@aol.com

4/9/2007

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

**Vano Haroutunian**

**From:** barcodeus@aol.com
**Sent:** Thursday, April 05, 2007 4:12 PM
**To:** Vano Haroutunian
**Subject:** Fwd: need to pick up check for the balance

-----Original Message-----
From: jenny@kenpofashion.com
To: Barcodeus@aol.com
Sent: Mon, 19 Feb 2007 3:55 PM
Subject: Re: need to pick up check for the balance

SADI,

SINCE YOU DO NOT WANT TO PICK UP YOUR SHIPMENT, WE WILL LEAVE EVERYTHING
UP TO THE LAWYERS.

DO NOT CALL THE OFFICE ANYMORE.

THANK YOU...

----- Original Message -----
**From:** Barcodeus@aol.com
**To:** jenny@kenpofashion.com
**Sent:** Monday, February 19, 2007 2:15 PM
**Subject:** Re: need to pick up check for the balance

In a message dated 2/19/2007 3:51:22 P.M. Eastern Standard Time, jenny@kenpofashion.com writes:

Sadi,

We have just received letter from your lawyer. Do you want to handle through court or your self,
before going through court read the back of the purchase order and give me feed back on what you
understand the conditions of the purchase order are.

Jenny

hi jenny
i call you 5.10 pm ny time you wher out for lunch . so please call me on my cell 917-545-4588  THANKS SADI

Regards,

Sadi Nigri
Barcode Apparel
1407 Broadway, Suite 305
New York, NY 10018
Tel: **212-997-7444** Fax: 212-997-7441
E-mail: barcodeus@aol.com
E-mail: sadi@barcodeapparel.com

4/9/2007

Regards,

**Sadi Nigri**
**Barcode Apparel**
**1407 Broadway, Suite 305**
**New York, NY 10018**
Tel: **212-997-7444** Fax: 212-997-7441
E-mail: barcodeus@aol.com
E-mail: sadi@barcodeapparel.com

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

## Vano Haroutunian

| | |
|---|---|
| **From:** | barcodeus@aol.com |
| **Sent:** | Thursday, April 05, 2007 4:12 PM |
| **To:** | Vano Haroutunian |
| **Subject:** | Fwd: RETURN AUTHORIZATION |

-----Original Message-----
From: jenny@kenpofashion.com
To: Barcodeus@aol.com
Sent: Thu, 22 Feb 2007 10:47 AM
Subject: RETURN AUTHORIZATION

SADI,

I need a written authorization for the boys twill pants. I will e-mail you the amount of pcs that will be sent to you.Regarding trucking company, I have a question on that.
will you send the trucking company or did you agree to have Ken get the trucking company. Ken will not be in today.

Thank You,
Jenny

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

4/9/2007

**Vano Haroutunian**

| | |
|---|---|
| **From:** | barcodeus@aol.com |
| **Sent:** | Thursday, April 05, 2007 4:08 PM |
| **To:** | Vano Haroutunian |
| **Subject:** | Fwd: info on the bal. $$$$ |

-----Original Message-----
From: jenny@kenpofashion.com
To: Barcodeus@aol.com
Sent: Fri, 23 Feb 2007 8:37 AM
Subject: Re: info on the bal. $$$$

Good Morning Sadi,

I just need the written authorization that way I can tell Ken that you sent it and this process can be much faster, please work with me on this to make this faster

Jenny

> ----- Original Message -----
> From: Barcodeus@aol.com
> To: jenny@kenpofashion.com
> Cc: vharoutunian@ballonstoll.com ; albertnigri@yahoo.com
> Sent: Friday, February 23, 2007 3:09 AM
> Subject: Re: info on the bal. $$$$
>
> In a message dated 2/22/2007 8:23:34 P.M. Eastern Standard Time, jenny@kenpofashion.com writes:
>
>> Sadi,
>>
>> I think something is wrong with your e-mail. We need written authorization that you will take the merchandise back and I have one question who will send trucker? or are shipping back to you??????
>>
>> We do not want to speak on the phone until you send written authorization because you have changed your mind several times and you have sleeked a lawyer. I want to make sure we have everything in writing.
>
> hi jenny
> I spoke to you about this 3 days ago and I told you that next truck I have coming from west to the east I will pick it up . but I need you to send me the pacing list and please stop buying time to pay the bills . please subtract the amount that you have in you're warehouse today & coming back to me and please send in the check of $155000.00 to me today . i pickid up most of the goods that you gave me from youre wharhouse already, and the last truck came back not full ,and it coast me over $12000.00 in trucking already , I am calling ken and you each day to finish with this and we are not getting no answer . I need this done by  today ,
> cc. Albert nigri
> cc. vano

4/9/2007

*AOL now offers free email to everyone. Find out more about what's free from AOL at __AOL.com__.*

A OL now offers free email to everyone. **Find out more about what's free from AOL at __AOL.com__.**

**Vano Haroutunian**

| | |
|---|---|
| **From:** | barcodeus@aol.com |
| **Sent:** | Thursday, April 05, 2007 4:20 PM |
| **To:** | Vano Haroutunian |
| **Subject:** | Fwd: URGENT |

-----Original Message-----
From: jenny@kenpofashion.com
To: Barcodeus@aol.com
Sent: Wed, 7 Mar 2007 9:35 AM
Subject: URGENT

# SADI,
# WAITTING FOR INVOICES AND I HAVE JUST SENT YOU THE TOTAL OF BOXES AND PIECES.

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

4/9/2007

## Vano Haroutunian

**From:** barcodeus@aol.com
**Sent:** Thursday, April 05, 2007 4:21 PM
**To:** Vano Haroutunian
**Subject:** Fwd: picking up a check this afternoon

-----Original Message-----
From: jenny@kenpofashion.com
To: Barcodeus@aol.com
Sent: Thu, 8 Mar 2007 9:45 AM
Subject: Re: picking up a check this afternoon

**URGENT!!!!!!!!**

**Sadi,**

**Yes, I have received your e-mail and there is no information but KEN is not here to sing any checks.**

**DO NOT SEND ANY ONE BECAUSE NOTHING HAS GOTTEN READY AND STOP CALLING ARIEL BECAUSE KEN WILL INFORM HIM WHEN TO MAKE CHECK READY.**

**I DON'T WANT TO BE RUDE BUT I HAVE EXPLAINED TIME AND TIME AGAIN WE CAN NOT GIVE ARIEL OR ANYBODY IN THE ACCOUNTING DEPARTMENT INSTRUCTIONS TO MAKE ANY CHECKS READY.**

**JENNY**

----- Original Message -----
**From:** Barcodeus@aol.com
**To:** jenny@kenpofashion.com
**Cc:** ken@kenpoinc.com ; ereoliquio@kenpofashion.com
**Sent:** Thursday, March 08, 2007 4:48 AM
**Subject:** picking up a check this afternoon

hi ken
I will  send my messenger to pick up a check around noon time . you have all the info that you need by jenny as requested thank you .sadi

sadi nigri
barcode apparel llc.
1407 Broadway suite # 305
new York NY 10018

4/9/2007

Tel; 212-997-7444
fax;212-997-7441
email ; **barcodeus@aol.com**

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

4/9/2007

**Vano Haroutunian**

| | |
|---|---|
| **From:** | barcodeus@aol.com |
| **Sent:** | Thursday, April 05, 2007 4:19 PM |
| **To:** | Vano Haroutunian |
| **Subject:** | Fwd: CHECK INVOICES |

-----Original Message-----
From: jenny@kenpofashion.com
To: Barcodeus@aol.com
Sent: Mon, 12 Mar 2007 10:47 AM
Subject: Re: RE CHECK INVOICES

Pear Connection Inc.
305 E.8th Street

What I put in the totals, that is what I received from warehouse that was sent back and also add the last two numbers I gave you that where added on in the last shipment. ALL amounts where correct on total of pcs returned. Your total amount is totally different from your credit memo:

| Inv. | Qty. | Price. | Amount. |
|---|---|---|---|
| 05384 | 8064 | 4.00 | $32256.00 |
| 05384 | 8448 | 4.00 | $33792.00 |
| 05380 | 19776 | 5.40 | $106790.40 |
| 3/7B/twill | 1583 | 4.00 | $6332.00 |
| 3/7B/twill | 1190 | 4.00 | $4760.00 |
| 3/7B/fleece | 600 | 5.40 | $3240.00 |
| " | 288 | 5.40 | $1555.20 |
| " | 52 | 5.40 | $280.00 |
| 3/7B/twill | 168 | 4.00 | $672.00 |

| | |
|---|---|
| TOTAL | $189678.20 |
| Discount per Ken | $25000.00 |
| Grand total of RETURN | $214678.20 |

How did you get $184,727.00????

Please let me know if figures are wrong because my calculations are right to my understanding.

4/9/2007

----- Original Message -----
**From:** Barcodeus@aol.com
**To:** jenny@kenpofashion.com
**Cc:** ken@kenpoinc.com
**Sent:** Monday, March 12, 2007 8:08 AM
**Subject:** Re: RE CHECK INVOICES

In a message dated 3/9/2007 7:03:18 P.M. Eastern Standard Time, jenny@kenpofashion.com writes:

| DOUBLE CHECK YOUR INVOICES.

**hi jenny**
**we received 19776 sets return all together on the 2 pic sets and not 20716 sets like you mension**
**and you did not included the invoice 200208 fleece pants you did not add $25500.00**
**the total do to barcode with the discount is $113.646.00 please conform so i can pick up my check today**

Regards,

Sadi Nigri
Barcode Apparel
1407 Broadway, Suite 305
New York, NY 10018
Tel: **212-997-7444** Fax: 212-997-7441
E-mail: barcodeus@aol.com
E-mail: sadi@barcodeapparel.com

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

4/9/2007

**Vano Haroutunian**

| | |
|---|---|
| **From:** | barcodeus@aol.com |
| **Sent:** | Thursday, April 05, 2007 4:23 PM |
| **To:** | Vano Haroutunian |
| **Subject:** | Fwd: CHECK INVOICES |

-----Original Message-----
From: jenny@kenpofashion.com
To: Barcodeus@aol.com
Sent: Tue, 13 Mar 2007 10:27 AM
Subject: Re: RE CHECK INVOICES

NOBODY IS TRYING TO BUY TIME.................................
YOU WANT TO CLOSE THE CHAPTER BEFORE WE GET ALL THE GOODS BACK BECAUSE
YOU DO NOT WANT TO LOOSE ANYTHING BUT YOU WANT US TO TAKE ALL THE
LOOSES. READ THE BACK OF THE PURCHASE ORDER 12.REJECTIONS/DEFECTIVES.YOUR
RIGHT THEY ARE ALL GARBAGE THAT IS YOUR DEFECTED PRODUCT NOT MINE. SO
YOU AGREE THAT THE TOTAL IS INCORRECT ON THE CREDIT MEMO. SEND ME NEW
CREDIT MEMO.STOP CALLING FROM KNOW ON JUST E-MAIL ME. PERIOD I'M DONE
WITH YOU TELLING ME WHAT I'M TRYING TO DO.I ASKED SEVERAL TIMES FOR THE
PAPERS I NEEDED FROM YOU AND YOU TOOK LONG TO REPLY.YOUR LOOSES WHERE
MADE BY THE COMPANY THAT MANUFACTURED THAT GARBAGE THAT YOU SAY IS
YOUR PRODUCT.

JENNY

---- Original Message ----
From: Barcodeus@aol.com
To: jenny@kenpofashion.com
Cc: ken@kenpoinc.com
Sent: Tuesday, March 13, 2007 2:10 AM
Subject: Re: RE CHECK INVOICES

In a message dated 3/12/2007 1:48:00 P.M. Eastern Daylight Time, jenny@kenpofashion.com writes:

Pear Connection Inc.
305 E.8th Street

What I put in the totals, that is what I received from warehouse that was sent back and also add the
last two numbers I gave you that where added on in the last shipment. ALL amounts where correct on
total of pcs returned. Your total amount is totally different from your credit memo:

| Inv. | Qty. | Price. | Amount. |
|---|---|---|---|
| 05384 | 8064 | 4.00 | $32256.00 |
| 05384 | 8448 | 4.00 | $33792.00 |
| 05380 | 19776 | 5.40 | $106790.40 |
| 3/7B/twill | 1583 | 4.00 | $6332.00 |
| 3/7B/twill | 1190 | 4.00 | $4760.00 |

4/9/2007

| | | | |
|---|---|---|---|
| 3/7B/fleece | 600 | 5.40 | $3240.00 |
| " | 288 | 5.40 | $1555.20 |
| " | 52 | 5.40 | $280.00 |
| 3/7B/twill | 168 | 4.00 | $672.00 |

| | |
|---|---|
| TOTAL | $189678.20 |
| Discount per Ken | $25000.00 |
| Grand total of RETURN | $214678.20 |

good morning jenny
I need to finish with this today I scald you yesterday and you did not come to telephone if we do not finish with this this by Thursday I am giving the go ahead to my lawyer this is no good I gave you and ken all the time you need . the only thing you people doing is buying time , please send me a bank check  overnight to me   you tell me ken is not hear no buddy to Singh the checks this is not my problem . I have to pay my bills . I have all the goods that came back from you're stores look like garbage ,no sizes no colors I cannot get $2.00 for a set on the fleece sets and I paid over $30000.00 in fright to la and back .I need to finish with this by tomorrow
you did the returns less the invoices you have left to pay ,less  $25000.00 discount for all all inconvenience .I need to get paid last request

sadi nigri
barcode apparel llc.
1407 Broadway suite # 305
new York NY 10018
Tel; 212-997-7444
fax;212-997-7441
email ; barcodeus@aol.com

AOL now offers free email to everyone. Find out more about what's free from AOL at AOL.com.

AOL now offers free email to everyone. Find out more about what's free from AOL at AOL.com.

4/9/2007

**Vano Haroutunian**

| | |
|---|---|
| **From:** | barcodeus@aol.com |
| **Sent:** | Thursday, April 05, 2007 4:15 PM |
| **To:** | Vano Haroutunian |
| **Subject:** | Fwd: writting |

-----Original Message-----
From: jenny@kenpofashion.com
To: Barcodeus@aol.com
Sent: Thu, 22 Mar 2007 1:41 PM
Subject: Re: writting

SADI,

CAN YOU GIVE THE FINAL NUMBER.

—— Original Message ——
From: Barcodeus@aol.com
To: jenny@kenpofashion.com
Cc: ken@kenpoinc.com
Sent: Wednesday, March 21, 2007 3:51 PM
Subject: Re: writting

In a message dated 3/21/2007 10:56:50 A.M. Eastern Standard Time, jenny@kenpofashion.com writes:

send me in writting all the conversation you had with Ken.

**hi jenny**
**WHAT HE WANTS IS $2.00 OFF ON THE 19000 SETS THAT YOU SOLD AND NOT**
**$25000 THAT HE AGREED TO please conform that with him so we can get this over**
**with tomorrow . i need you to conform in writing that this is the last conversation and**
**you going to cut the check . its over 5 month already this is no good ,**

*regards SADI NIGRI*
*BARCODE APPAREL*
**1407 BROADWAY NEW SUITE # 2115**
**NYC 10018 TEL = 212-997-7444**
**fax-212-997-7441**
**EMAIL=barcodeus@aol.com**

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

# EXHIBIT G

# KENPO

www.kenpofashion.com

### David Lasell
*Chief Financial Officer*

805 E. 8th Street                                    Ph. 213-623-7373
Los Angeles, CA 90021                               Fax 213-623-7676
EMAIL david.lasell@kenpo.com

---

# KEN MART

A Division of Pear Connection, Inc.

### Jenny Pacheco
*Buyer — General Merchandise*

805 E. 8th Street                                    Ph.
Los Angeles, CA 90021                               Fax
EMAIL

---

*Ken Singh*

# KENPO INC.

# EXHIBIT H

# KENPO

**305 E. 8TH STREET**
**LOS ANGELES, CA 90014**
P:213.622.7303 F:213.622.7076
http://www.kenpoinc.com

## Purchase Order

**#: 51688**
Issue Date: 7/10/06
Due Date: 10/15/06

Page 1 of 1
07/10/06 18:26

Contractor2:

BA
BARCODE APPAREL
1407 BROADWAY SUITE 305

NEW YORK                NY  10018
Phone (212) 997-7444   Fax(212) 997-7441
Location:

Mill:
Ship via:    OTHER
Terms:       45 DAY
SalesOrder#:
Warehouse:   00

KENPO INC.
2552 E. OLYMPIC BLVD

LOS ANGELES            CA  90023

M  PACK 48 PCS. PER CARTON BY PATTERN 4 COLORS 12 PCS PER COLOR POLY WRAPED
E  1 PC PER POLY BAG
10
0  WE NEED SALESMAN SAMPLES 24 PCS PER PATTERN BY 8/10/06

| Hash | | | |
|---|---|---|---|
| Main Label | PALM COCONUT ISLAND | | |
| Care Label | | Hanger So: | |
| Hang Tag | PALM COCONUT ISLAND | Body | 07/20/06 |
| Price Tkt | RETAIL: $39.00 | Lab Dips | 07/15/06 |
| | | Final Samp | 08/01/06 |
| | | Prod Samp. | 09/01/2006 |
| | | Ship Samp | 10/5/2006 |
| WTMkPlace | | | |

**Country of Origin**
INDONESIA

| Style | Color | WH | M | L | XL | XXL | Total Pieces | LDP Price |
|---|---|---|---|---|---|---|---|---|
| 1701MX | ASSORTED | | 1500 | 3000 | 3000 | 1500 | 9000 | 2.15 |
| 1. Descript: HAWAIIAN W/ TONAL BANANA LEAF COLORS:BLUE, BEIGE, IVORY, PINK | | | | | | | | 19350.00 |
| 1702MX | ASSORTED | | 1500 | 3000 | 3000 | 1500 | 9000 | 2.15 |
| 2. Descript: HAWAIIAN W/ HABISCUS FLOWER COLORS:YELLOW, IVORY, RED, BLACK | | | | | | | | 19350.00 |
| 1703MX | ASSORTED | 00 | 1500 | 3000 | 3000 | 1500 | 9000 | 2.15 |
| 3. Descript: HAWAIIAN W/ FLOWER PLANT P COLORS:BLUE, WHITE, RED, BLACK | | | | | | | | 19350.00 |
| 1704MX | ASSORTED | | 1500 | 3000 | 3000 | 1500 | 9000 | 2.15 |
| 4. Descript: HAWAIIAN W/ FLOWER PLANT W COLORS:BLUE, GREY, RED, BLACK | | | | | | | | 19350.00 |
| | Totals: | | 6000 | 12000 | 12000 | 6000 | 36000 | |

Total Value:    $77,400.00

ORDER# 666642

818.258.13??  ®

# PEAR CONNECTION INC.

**DBA:**
## KEN MART

305 E. 8TH ST. • LOS ANGELES, CA 90014
Tel: (213) 622-7303 • Fax: (213) 622-7353
E-mail: saab.usa@prodigy.net

Ship to:

P.O. # 05380

| | |
|---|---|
| VENDOR: | |

**TERMS:**
- ☐ NET 10 EOM + 30X
- ☐ NET 30
- ☒ NET 60
- ☐ OTHER

**SHIPPING INSTRUCTIONS**
- ☐ UNDER 100 LBS
- ☐ OVER 100 LBS
- ☐ CALL FOR INSTRUCTIONS EXT.
- ☐ PRETICKET

WAREHOUSE ADDRESS
2852 E. OLYMPIC BLVD.
LOS ANGELES, CA 90023
ATTN VENDORS:
Once you have made
your delivery you must fax all paper work to
the Main Office (213)622-7076 Attn: Jenny

**IMPORTANT**

| STYLE | DEPT. | CLS | COORDINATE | SZ | COLOR | QUANTITY | | | COST | RETAIL | 122 | 305 | 407 | 776 | 1125 | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1800?-4 | | | | | | 250 | | | 5.40 | | | | | | | |
| 28013-8 | | | | | | 250 | | | 5.40 | | | | | | | |
| 3800?-4 | | | | | | 250 | | | 5.40 | | | | | | | |
| 4800?-8 | | | | | | 250 | | | 5.40 | | | | | | | |
| 56200?-4 | | | | | | | | | 5.40 | | | | | | | |
| 8800?-8 | | | | | | | | | 5.40 | | | | | | | |
| 79016604 | | | | | | | | | 5.40 | | | | | | | |
| 98300-4 | | | | | | | | | 5.40 | | | | | | | |
| 10800-8 | | | | | | | | | 5.40 | | | | | | | |
| 11800?-4 | | | | | | | | | 5.40 | | | | | | | |
| 12800?-8 | | | | | | | | | 5.40 | | | | | | | |
| 13800?-4 | | | | | | | | | 5.40 | | | | | | | |
| 15800?-4 | | | | | | | | | 5.40 | | | | | | | |
| 16800?-8 | | | | | | | | | 5.40 | | | | | | | |

WHSE SPECIAL INSTRUCTIONS: