JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BARCODE APPAREL, LLC,

                Plaintiff,

    - against -

PEAR CONNECTION INC., and
KENPO INC.

                Defendant.
-----------------------------------------------------------X

'07 CIV 6111

RULE 7.1 STATEMENT

RECEIVED
JUN 28 2007
U.S.D.C. S.D. N.Y.
CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: <u>None</u>.

Dated:  June 28, 2007
         New York, New York

                              BALLON STOLL BADER & NADLER, P.C.

                              By_____
                                Vano Haroutunian (VH-1010)
                              Attorneys for Plaintiff
                              1450 Broadway - 14th Floor
                              New York, New York 10018
                              (212) 575-7900