UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
BARCODE APPAREL, LLC,

          Plaintiff,   Case No. 07 cv 6111

  v.

PEAR CONNECTION, INC. and
KENPO, INC.
     Defendants.
------------------------------------------x
State of New York
     SS:
County of New York

**Dave Mcleod**, being duly sworn, deposes and says:

1. Deponent is not a party to the action; is over eighteen years of age; resides in Brooklyn, New York and an employee in the office of BALLON STOLL BADER & NADLER, P.C. attorneys for Plaintiff FASHION WORLD, LTD.

2. On the 2nd day of July, 2007, deponent personally served the **RULE 7.1 STATEMENT, SUMMONS, CIVIL COVER SHEET, COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ, and INDIVIDUAL PRACTICES OF JUDGE KEVIN CASTEL** upon

 **PEAR CONNECTION INC.**    **KENPO INC.**
at 1407 Broadway, Suite 3803  at 1407 Broadway, Suite 3803
 New York, New York 10018   New York, New York 10018

by delivering a true copy of each original document, and leaving same with an individual duly authorized to accept legal papers on behalf of PEAR CONNECTION INC. and KENPO INC.

            _____
             Dave Mcleod

Sworn to before me this
3rd     day of July 2007

_____
NOTARY PUBLIC

ROBERT A. KLIPSTEIN
NOTARY PUBLIC, State of New York
No. 31-02KL7305875
Qualified in New York County
Commission Expires Oct 31 2010