**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
BARCODE APPAREL, INC.                         :
                                              :     1:07-CV-06111(PKC)
                    Plaintiff,                :
                                              :
       - against -                            :
                                              :
PEAR CONNECTION INC., KENPO INC.              :
and JOHN DOES 1 – 5                           :
                                              :
                    Defendants.               :     August 8, 2007
------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07

### MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) the defendants Pear Connection, Inc. and Kenpo Inc. (the "Defendants") respectfully move the Court for a two week extension of time, up to and including August 22, 2007, within which to move, answer or otherwise respond to plaintiff's First Amended Complaint dated July 24, 2007 (the "Amended Complaint").

Defendants request this extension so that they may further review and analyze the allegations asserted in the Amended Complaint, and prepare an appropriate response.

The plaintiff served the Amended Complaint by overnight mail on July 26, 2007. The Defendants' deadline to serve its response to the Amended Complaint is August 8, 2007. This is the Defendants' first Motion for Extension of Time relating to their response to the Amended Complaint.

Co-counsel for the Defendants, Michael F. Cavolo, has spoken to counsel for the plaintiff, Vano Haroutunian, and he has consented to this extension of time.

WHEREFORE, the Defendants Pear Connection, Inc. and Kenpo Inc. move the Court for a two week extension of time, up to and including August 22, 2007, within which to move, answer or otherwise respond to plaintiff's Amended Complaint.

THE DEFENDANTS
PEAR CONNECTION, INC. and
KENPO INC.

By: /s/ *signature*

Charles W. Pieterse (CP4127)
Michael F. Cavolo (MC0617)
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830
203-869-3800
203-869-1951 (facsimile)
cpieterse@wbamct.com
mcavolo@wbamct.com

*Handwritten order:* Application granted. In the future, motions are not necessary or appropriate for such matters. Please review Individual Practices on Court's website.

SO ORDERED.

/s/ *signature*
USDJ
8-9-07

104727