UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
BARCODE APPAREL, INC.          :
                                              :       1:07-CV-06111(PKC)
                Plaintiff,       :
                                    :
    - against -          :           **RULE 7.1 STATEMENT**
                                         :
PEAR CONNECTION INC., KENPO INC. :
and JOHN DOES 1 – 5           :
                                         :
               Defendants.     :
---------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the defendants Pear Connection, Inc. ("Pear Connection") and Kenpo, Inc. ("Kenpo") (private non-governmental parties) certifies that there are no parent corporations of either Pear Connection or Kenpo and there are no publicly held corporations owning 10% or more of either entity's stock.

Dated: August 30, 2007
       White Plains, New York

                                              THE DEFENDANTS
                                              PEAR CONNECTION, INC. and
                                              KENPO INC.

                                              By_____/s_____
                                                Charles W. Pieterse (CP4127)
                                                Michael F. Cavolo (MC0617)
                                                Whitman Breed Abbott & Morgan LLC
                                                100 Field Point Rd.
                                                Greenwich, CT 06830
                                                203-869-3800
                                                203-869-1951 (facsimile)
                                                cpieterse@wbamct.com
                                                mcavolo@wbamct.com