SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Barcode Apparel, Inc.                     Plaintiff,

                                                            1:07 cv 06111     (PKC)

- against -

Pear Connection Inc., Kenpo Inc.,     Defendant.           **ORDER FOR ADMISSION**
and John Does 1-5                                              **PRO HAC VICE**
                                                            **ON WRITTEN MOTION**

Upon the motion of Charles W. Pieterse   attorney for Pear Connection Inc. and Kenpo Inc.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Abraham Mathew, Esq. |
| Firm Name: | Mathew & George |
| Address: | 801 S. Grand Avenue, Suite 1610 |
| City/State/Zip: | Los Angeles, CA 90017 |
| Telephone/Fax: | (310) 478-4349 |
| Email Address: | 310-478-9580 |

is admitted to practice pro hac vice as counsel for   Pear Connection Inc. and Kenpo Inc.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: September 21, 2007
City, State: NY, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006