UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Barcode Apparel, L.L.C.

               Plaintiff,

           -against-

Pear Connection, Inc.

               Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-2-07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 6111 (PKC)(THK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement* The parties advise they would be Ready for a settlement conference _____
_____
___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

_____

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

                                                   P. Kevin Castel
                                         United States District Judge

DATED: New York, New York
          October 1, 2007