UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

BARCODE APPAREL, LLC

                          Plaintiff,

        -against-                          1:07 CIVIL 06111    (PKC)

PEAR CONNECTION, INC., KENPOE INC.
and JOHN DOES 1-5
                        Defendant.
----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Charles W. Pieterse CP 4127__

☒ ***Attorney***

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __CP 4127__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ ***Law Firm/Government Agency Association***

    From: __Whitman Breed Abbott & Morgan LLC__

    To: __(No Change)__

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ ***Address:*** __500 West Putnam Avenue, Greenwich, CT 06830__

☐ ***Telephone Number:*** No Change

☐ ***Fax Number:*** No Change

☐ ***E-Mail Address:*** No Change

Dated: __12/5/07__

Charles W. Pieterse CP 4127