UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BARCODE APPAREL, LLC

                Plaintiff,

    -against-                       1:07 CIVIL 06111 (PKC)

PEAR CONNECTION, INC., KENPOE INC.
and JOHN DOES 1-5

                Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Michael F. Cavolo MC 0617

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: MC 0617

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] *Law Firm/Government Agency Association*

    From: Whitman Breed Abbott & Morgan LLC

    To: (No Change)

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

[X] *Address:* 500 West Putnam Avenue, Greenwich, CT 06830

[ ] *Telephone Number:* No Change

[ ] *Fax Number:* No Change

[ ] *E-Mail Address:* No Change

Dated: 12/5/07

Michael F. Cavolo MC 0617